UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL BERGSON, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; PARSONS, a foreign corporation; MBA CONSULTING SERVICES, INC., a foreign corporation; SERCO, INC., a foreign corporation; WALTON INVESTMENT CO., INC., a Washington corporation; UNKNOWN PERSONS 1-5; and UNKNOWN ENTITIES 1-5,<br><br>       Defendants. | NO. 2:17-cv-01441-RSM<br><br>**JOINT MOTION FOR ORDER TO CONTINUE PRETRIAL DEADLINES** |

**STIPULATED MOTION**

Plaintiff Carol Bergson and Defendants Parsons, MBA Consulting Services, Inc., Serco, Inc. and Walton Investment Co., Inc., hereby stipulate to entry of the following order without further notice. (The remaining defendants named in this action may not yet have been served with process and/or have not yet filed notices of appearance in the action.)

This motion is based upon the Court's inherent authority to manage its own schedule, and the following facts:

The Complaint for Personal Injuries in this action was filed with the Court on September 21, 2017. *See* Dkt. 1. The Complaint alleges Plaintiff was injured at a post office situated on real

STIPULATED MOTION & ORDER TO CONTINUE
PRETRIAL DEADLINES - 1

estate owned by Defendant Walton Investment Co., Inc. and leased to the U.S. Postal Service, when she fell in an area alleged to have been designed and/or constructed by one or more of the Defendants. *See generally*, Dkt. 1.

The Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement on September 28, 2017. *See* Dkt. 3. That order set the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 10/26/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 11/2/2017 11/9/2017 |

Under FRCP 4(m), Plaintiff has a presumptive 90 days from the date of filing to complete service of process. On September 29, 2017, Plaintiff initiated service of process against the identified non-governmental defendants -- except Walton Investment Co., Inc. (which waived service of process) -- under FRCP 4(d), requesting waiver of the summons. Defendants receiving a request for waiver of service have up to 60 days from the date the waiver request was sent to answer the complaints or file a Rule 12 motion. FRCP 12(a)(1)(A)(ii) Plaintiff delivered process to the local United States Attorney and/or her civil process clerk on October 30, 2017, pursuant to FRCP 4(i)(1)(A)(i) and (ii). The United States has 60 days after service to answer. FRCP 12(a)(2).

Not all parties have confirmed receipt of service of process in this action, though it service has been initiated with respect to all defendants except the unknown defendants. Defendant Walton Investment Co., Inc. waived service of process on November 1, 2017, but has not yet filed a formal appearance in this action. Only Defendant MBA Consulting Services, Inc. has answered the complaint. *See* Dkt. 8.

STIPULATED MOTION & ORDER TO CONTINUE
PRETRIAL DEADLINES - 2

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave. W.| Seattle,
WA 98119
Tel: 206-448-1777

1        The Assistant United States Attorney ("AUSA") responsible in this jurisdiction for tort suits against the United States involving the U.S. Postal Service contacted Plaintiff's counsel. The AUSA said that based on her experience in other lawsuits against the Postal Service, she did not expect to receive documentation from it for at least 45 days from the date it receives service of process; without which information she would be unable to respond to the lawsuit; much less, make initial disclosures. She indicated she thought a continuance of 60 days as requested in this motion would be sufficient to enable her to do those things.

       Plaintiff's counsel conferred with counsel who filed notices of appearance for the non-governmental defendants, and obtained their consent to continue by 60 days the foregoing deadlines, in order to give defendants time to be served, answer the complaint and collect information needed for initial disclosures. Until all parties are able to do so, little progress in this matter can be made. *Cf*. FRCP 4, Committee Notes on Rules – 2015 Amendment (shortening presumptive time for service of process from 120 days to 90 days, "together with the shortened times for issuing a scheduling order set by amended Rule 16(b)(2), will …increase the frequency of occasions to extend the time. More time may be needed, for example, when a request to waive service fails, [or] a defendant is difficult to serve….).

       Granting this motion would be in the interests of justice, and so the submitting parties respectfully request that the court do so.

\ \ \

\ \ \

\ \ \

\ \ \

STIPULATED MOTION & ORDER TO CONTINUE
PRETRIAL DEADLINES - 3

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave. W.| Seattle,
WA 98119
Tel: 206-448-1777

1    DATED November 6, 2017.

| STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER | ANDREWS-SKINNER, P.S. |
|---|---|
| s/ Daniel R. Laurence<br>Daniel R. Laurence, WSBA No. 19697<br>3600 15th Ave. W. #300<br>Seattle, WA 98119<br>Telephone: (206) 448-1777<br>Facsimile: (206) 728-2131<br>dan@stritmatter.com<br><br>**Attorneys for Plaintiff Carol Bergson** | [See attached signature page]<br>PAMELA M. ANDREWS, WSBA #14248<br>Pamela.Andrews@andrews-skinner.com<br><br>s/ Alison L. Markette<br>ALISON L. MARKETTE, WSBA #46477<br>645 Elliott Ave. W., Suite 350<br>Seattle, WA 98119<br>Tel.  206-223-9248<br>Fax: 206-623-9050<br>Alison.markette@andrews-skinner.com<br><br>**Attorneys for Defendant Serco, Inc.** |
| CARNEY BADLEY SPELLMAN, P.S.<br><br>s/ Cindy G. Flynn<br>Cindy G. Flynn, WSBA No. 25713<br>flynn@carrneylaw.com<br><br>s/ John C. Dippold<br>John C. Dippold, WSBA No. 25658<br>dippold@carneylaw.com<br><br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: (206) 622-8020<br>Facsimile: (206) 467-8215<br><br>**Attorneys for Defendant Parsons Corporation** | LAW OFFICES OF KENNETH R. SEARCE<br><br>s/ Kasey Myrha<br>Kasey Myhra, WSBA No. 27100<br>kmyhra@travelers.com<br><br>1300 Century Square<br>1501 Fourth Avenue<br>Seattle, WA 98101-3611<br>Tel.: (206) 326-4217<br>Fax: (855) 827-7902<br><br>**Attorneys for Defendant Walton Investment Services, Inc.** |
| LAW OFFICES OF TIMOTHY J. FARLEY<br><br>s/ Richard P. Roberts<br>Richard P. Roberts, WSBA No. 20578<br>520 Pike Street, Suite 915<br>Seattle, WA 98101<br>Telephone: (206) 664-2417<br>Fax: (877) 369-4901<br>Richard.Roberts2@thehartford.com | |

STIPULATED MOTION & ORDER TO CONTINUE
PRETRIAL DEADLINES - 4

| **Attorneys for Defendant MBA Consulting Services** | |

STIPULATED MOTION & ORDER TO CONTINUE PRETRIAL DEADLINES - 5

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave. W.| Seattle,
WA 98119
Tel: 206-448-1777

# ORDER TO CONTINUE PRETRIAL DEADLINES

THIS MATTER came before this Court on the foregoing Stipulation. For good cause shown, IT IS ORDERED THAT the deadlines stated in Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 3) are hereby continued as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 12/26/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 01/02/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 01/09/2018 |

Dated this 8th day of November, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER

s/ Daniel R. Laurence
Daniel R. Laurence, WSBA No. 19697
dan@stritmatter.com

Attorneys for Plaintiff Carol Bergson

STIPULATED MOTION & ORDER TO CONTINUE
PRETRIAL DEADLINES - 6