# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAROL BERGSON, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; PARSONS, a foreign corporation; MBA CONSULTING SERVICES, INC., a foreign corporation; SERCO, INC., a foreign corporation; WALTON INVESTMENT CO., INC., a Washington corporation; UNKNOWN PERSONS 1-5; and UNKNOWN ENTITIES 1-5,<br><br>　　　　　　　　Defendants. | NO. C17-1441 RSM<br><br>**ORDER TO CONTINUE TRIAL DATE AND RELATED DATES** |

THIS MATTER came before this Court on Plaintiff's Motion to Continue Trial Date and Related Dates. The Court has considered that motion and all materials submitted in response thereto and in further support thereof.

ACCORDINGLY, for good cause shown, IT IS ORDERED THAT the trial in this matter is continued to November 4, 2019. The Court will issue an amended scheduling order with deadlines corresponding to this new date.

//

//

//

ORDER TO CONTINUE TRIAL - 1

DATED this 14th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

STRITMATTER KESSLER WHELAN
KOEHLER MOORE

s/ Daniel R. Laurence
Daniel R. Laurence, WSBA No. 19697
dan@stritmatter.com

Attorneys for Plaintiff Carol Bergson

ORDER TO CONTINUE TRIAL - 2