UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL BERGSON,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                Defendants. | CASE NO. 2:17-cv-01441-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES |

## STIPULATION

The parties, by and through counsel, and hereby stipulate and move the Court for an Order extending the expert disclosure deadline in this case from May 8, 2019 until June 7, 2019; and the discovery deadline from July 8, 2019 to August 7, 2019. The parties are not requesting an extension of any other deadlines.

The parties have been diligently and cooperatively participating in discovery in this case. Discovery is incomplete in part due to Defendants' request for discovery while Plaintiff is absent from the United States; an absence Defendants did not anticipate. She is expected to return to the United States on or about July 16, 2019. Specifically, Defendants seek a second discovery deposition of the Plaintiff, an inspection of her residence, and a Rule 35 medical evaluation. Accordingly, the parties agree that there is good cause for, and that they may mutually benefit

STIPULATED MOTION TO EXTEND
AND ORDER - 1
2:17-cv-01441-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

from, additional time to conduct discovery and prepare expert opinions, and that, while Plaintiff's objections, if any, to specific discovery requests are reserved, the parties anticipate no unfair prejudice to any party as a result of this extension.

DATED this 8th day of May, 2019.

**SO STIPULATED**

|  |  |
|---|---|
| | BRIAN T. MORAN<br>United States Attorney |
| *s/ Daniel R. Laurence*<br>Daniel R. Laurence, WSBA No. 19697<br>dan@stritmatter.com<br>Stritmatter Kessler Whelan Koehler Moore<br>3600 15th Ave. W. #300<br>Seattle, WA 98119<br>(206) 448-1777<br>(206) 728-2131<br>Dan@stritmatter.com<br>*Attorneys for Plaintiff Carol Bergson* | *s/ Tricia Boerger*<br>Tricia Boerger, WSBA #38581<br>Western District of Washington<br>United States Attorney's Office<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>(206) 553-7970<br>tricia.boerger@usdoj.gov<br>*Attorneys for United States of America* |
| s/ *Kasey Myhra*<br>Kasey Myhra, WSBA No. 27100<br>kmyhra@travelers.com<br>1300 Century Square<br>1501 Fourth Avenue<br>Seattle, WA 98101-3611<br>(206) 326-4217<br>(855) 827-7902<br>kmyhra@travelers.com<br>*Attorney for Walton Investments* | s/ *Richard P. Roberts*<br>Richard P. Roberts, WSBA No. 20578<br>Richard.Roberts2@thehartford.com<br>Law Offices of Jason A. Winnell<br>520 Pike Street, Suite 915<br>Seattle, WA 98101<br>(206) 664-2417<br>(877) 369-4901<br>Richard.Roberts2@thehartford.com<br>*Attorney for Defendant MBA Consulting Services, Inc.* |

STIPULATED MOTION TO EXTEND
AND ORDER - 2
2:17-cv-01441-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

**ORDER**

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to extend the expert disclosure deadline until June 7, 2019; and the discovery deadline until August 8, 2019, as requested. As such, and the parties having so stipulated and agreed, it is hereby so **ORDERED**.

Dated this 13 day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

BRIAN T. MORAN
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA # 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
tricia.boerger@usdoj.gov

STIPULATED MOTION TO EXTEND
AND ORDER - 3
2:17-cv-01441-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970