UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL BERGSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA; *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C17-1441 RSM<br><br>STIPULATED MOTION AND FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AND ORDER |

Plaintiff, Carol Bergson, and Defendants, the United States of America, Walton Investment Services, Inc., and MBA Consulting Services, Inc., by and through their counsel of record, hereby stipulate that the case has been resolved and jointly move this Court for an order dismissing Plaintiff's Complaint with prejudice and without costs or fees to any party.

//

//

//

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND ORDER - 1
2:17-cv-01441-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

| | |
|---|---|
| 1 |      DATED this 30th day of October, 2019. |
| 2 | **SO STIPULATED:** |
| 3 | |
| 4 | BRIAN T. MORAN<br>United States Attorney |
| 5 | |
| 6 | *s/ Tricia Boerger*<br>TRICIA BOERGER, WSBA No. 38581 |
| 7 | Assistant United States Attorney |
| 8 | Western District of Washington<br>United States Attorney's Office |
| 9 | 700 Stewart Street, Suite 5220 |
| 10 | Seattle, Washington 98101-1271<br>Phone: 206-553-7970 |
| 11 | Email: tricia.boerger@usdoj.gov |
| 12 | *Attorneys for Defendant United States of America* |
| 13 | |
| 14 | *s/ Daniel R. Laurence* (by email authorization)<br>Daniel R. Laurence, WSBA No. 19697 |
| 15 | dan@stritmatter.com |
| 16 | Stritmatter Kessler Whelan Koehler Moore<br>3600 15th Ave. W. #300 |
| 17 | Seattle, WA 98119 |
| 18 | (206) 448-1777<br>(206) 728-2131 |
| 19 | *Attorney for Plaintiff Carol Bergson* |
| 20 | |
| 21 | *s/ Kasey Myhra* |
| 22 | Kasey Myhra, WSBA No. 27100<br>kmyhra@travelers.com |
| 23 | 1300 Century Square |
| 24 | 1501 Fourth Avenue<br>Seattle, WA 98101-3611 |
| 25 | (206) 326-4217 |
| 26 | (855) 827-7902<br>*Attorney for Defendant Walton Investment Services, Inc.* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | s/ *Richard p. Roberts* |
| 2 | Richard P. Roberts, WSBA No. 20578 |
|   | Richard.Roberts2@thehartford.com |
| 3 | Law Offices of Jason A. Winnell |
| 4 | 520 Pike Street, Suite 915 |
|   | Seattle, WA 98101 |
| 5 | (206) 664-2417 |
| 6 | (877) 369-4901 |
|   | *Attorney for Defendant MBA Consulting Services, Inc.* |

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND ORDER - 3
2:17-cv-01441-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulated motion, it is hereby **ORDERED** that Plaintiff's |
| 3 | |
| 4 | Complaint is dismissed with prejudice and without costs or fees to any party. |
| 5 | DATED this 1st day of November 2019. |

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND ORDER - 4
2:17-cv-01441-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970